# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROCARLDO WEITERS

NO. 2020 KW 0980

**DECEMBER 21, 2020**

---

In Re:   Rocarldo Weiters, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 486455-2.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED IN PART AND WRIT DENIED ON THE SHOWING MADE IN PART.** Relator failed to include in the instant application the entire contents of his previous applications filed with this court, including all of the alleged newly discovered evidence, the affidavit from his co-defendant's counsel, the transcript of his co-defendant's guilty plea in Mississippi, and other portions of the district court record that might support relator's claim of actual innocence based on newly discovered evidence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before February 19, 2021. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, relator's writ application is denied.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT